No. 617. ALLEGHENY OIL COMPANY *v.* SNYDER. Sixth Circuit. Denied April 22, 1901. *Mr. W. H. H. Miller* and *Mr. J. B. Chapman* for petitioner. *Mr. D. A. Hollingsworth* and *Mr. Edward McSweeney* opposing.

No. 618. GILLMOR *v.* BROWN. Sixth Circuit. Denied April 22, 1901. *Mr. W. H. H. Miller* and *Mr. J. B. Chapman* for petitioners. *Mr. D. A. Hollingsworth* and *Mr. Edward McSweeney* opposing.

No. 619. NEW YORK LIFE INSURANCE COMPANY *v.* ALLISON. Second Circuit. Denied April 22, 1901. *Mr. E. E. McCall, Mr. G. W. Hubbell* and *Mr. Frederic D. McKenney* for petitioner. *Mr. A. J. Dittenhoefer* opposing.

No. 631. TERRE HAUTE AND INDIANAPOLIS RAILROAD COMPANY *v.* COX. Seventh Circuit. Denied April 22, 1901. *Mr. Lawrence Maxwell, Jr.,* and *Mr. S. O. Pickens* for petitioners. *Mr. John G. Williams* and *Mr. G. W. Wickersham* opposing.

No. 633. FALK *v.* UNITED STATES. Court of Appeals of the District of Columbia. Denied April 22, 1901. *Mr. Edwin Forrest* for petitioner. *Mr. Attorney General, Mr. Solicitor General Richards* and *Mr. Thomas H. Anderson* opposing.

No. 632. LAWDER *v.* STONE, COLLECTOR. Fourth Circuit. Granted April 29, 1901. *Mr. Edward S. Hatch* and *Mr. Thomas P. Wickes* for petitioner. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

No. 640. LOEB *v.* UNITED STATES. Second Circuit. Denied April 29, 1901. *Mr. W. Wickham Smith* and *Mr. Charles*